EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Enmiendas al Reglamento de Métodos Alternos para la Solución de Conflictos | 2005 TSPR 20<br><br>163 DPR _____ |

Número del Caso: ER-2005-1

Fecha: 4 de marzo de 2005

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Enmiendas al Reglamento de
Métodos Alternos para la
Solución de Conflictos

RESOLUCIÓN

San Juan, Puerto Rico, a 4 de marzo de 2005.

Mediante la presente se enmienda el Reglamento de Métodos Alternos para la Solución de Conflictos, aprobado el 25 de junio de 1998, y vigente desde el 1 de enero de 1999, a los fines de mejorar su redacción, aclarar varias de sus disposiciones y establecer que el Negociado de Métodos Alternos para la Solución de Conflictos tendrá a su cargo tanto la supervisión técnica como administrativa de los Centros de Mediación de Conflictos y cualesquiera otros centros, programas o servicios de métodos alternos para la solución de conflictos que se implanten en la Rama Judicial.

Se une y se hace formar parte de esta resolución el texto completo del Reglamento de Métodos Alternos para la Solución de Conflictos, según enmendado.

Son objeto de enmienda las reglas siguientes:

Regla 1.02 - incisos (b) y (c); se añade un nuevo inciso (d);

Regla 1.03 - inciso (e); se añaden los incisos (f), (g) y (h);

Regla 2.02 - incisos (a), (c), (d), (f), (g), (h), (j), (k) y (l);

Regla 3.02 – Se denomina como inciso (a) el contenido de la regla; se enmiendan los sub-incisos (1), (2), (3) y (4); se añade un nuevo sub-inciso (5); se añaden los incisos (b) y (c);

Regla 3.04 – incisos (a), (b) y sub-inciso (b)(1); se añade un nuevo inciso (c);

Regla 3.08 – se añade una nueva Regla 3.08;

Regla 4.01 – incisos (a) y (b);

Regla 4.02 – se añaden los nuevos incisos (j) y (k);

Regla 4.03 – se enmienda y se denomina como inciso (a) el contenido de la regla; se añade un nuevo inciso (b);

Regla 4.04 – incisos (a) y (b);

Regla 4.05 – sub-inciso (b)(1);

Regla 4.06 – inciso (a); se sustituye el contenido del actual inciso (b) y se redenomina su texto actual como inciso (c);

Regla 4.07 – oración introductoria e incisos (a), (c) y (e);

Regla 5.01 – incisos (b) y (c);

Regla 6.01 – incisos (b) y (c);

Regla 6.02 – primera oración;

Regla 6.03;

Regla 7.02 – incisos (b) y (c);

Regla 7.03 – inciso (b);

Regla 7.05 – inciso (a); sub-incisos (b)(1) y (b)(2) y párrafo final;

Regla 7.06;

Regla 7.07;

Regla 7.09 – incisos (a) y (b); actual sub-inciso (b)(3); se añade un nuevo inciso (b)(4) y se reenumeran los actuales sub-incisos (b)(4), (b)(5) y (b)(6) como (b)(5), (b)(6) y (b)(7), respectivamente;

Regla 7.11 – inciso (a); actuales sub-incisos (a)(2) y (a)(4); se añade un nuevo inciso (a)(3); se reenumeran

los actuales sub-incisos (a)(3), (a)(4) y (a)(5) como (a)(4), (a)(5) y (a)(6), respectivamente; inciso (b);

Regla 8.01 – incisos (b) y (c);

Regla 8.04 – inciso (b);

Regla 8.06 – inciso (a);

Regla 8.07 – incisos (a), (b), (c) y (d);

Regla 8.08 – incisos (a), (b) y (e);

Regla 8.09 – incisos (a) y (b);

Regla 8.10 – inciso (a) y (b);

Regla 8.11 – incisos (a) y (b);

Regla 8.12 – incisos (a) y (b);

Regla 8.13 – incisos (a), (b), (c) y (f);

Regla 8.14 – inciso (a);

Regla 8.15 – inciso (a);

Regla 8.16 – inciso (a);

Regla 8.17;

Regla 8.18 – se modifica el actual inciso (a) y se reenumera como inciso (b); se reenumera el actual inciso (b) como inciso (c), y el inciso (c) como inciso (a);

Regla 8.19 – incisos (a), (b) y (c);

Regla 8.20 – sub-incisos (a)(2), (a)(4) y (b)(3);

Regla 9.02 – sub-inciso (b)(3);

Regla 9.04 – título;

Regla 9.05 – incisos (a), (b), (c) y (e);

Regla 9.06 – sub-incisos (b)(1), (b)(2), (b)(3), (b)(4) y (b)(5), e inciso (c);

Regla 9.07 – inciso (d);

Regla 9.08 – inciso (b);

Regla 10.01;

Regla 11.01 – se añade una nueva regla 11.01.


Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Lcda. Aida I. Oquendo Graulau
Secretaria del Tribunal Supremo